DEAR JUDGE JEANINE,

YES, THE TIME IS, NOW.!

I THINK THAT WOMEN ARE SMARTER THAN MEN.

NOW IS TIME. THIS IS NOT A MAN'S WORLD ANY MORE.

THANK GOD.

NOW, IS THE TIME FOR A LADY PRESIDENT

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 10 2019

JAMES N. HATTEN, Clerk
By: J. Brannon, Deputy Clerk

12/29/18

DEAR, JEANINE,
I HAVE NO MONEY;
but, I HAVE
SPIRIT & TRUTH &
LOVE FOR HUMANITY

LOVE & PRAYERS,
THE SSOLY REV.
Moss Wost Jo

AT
ASMP