IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|   |   |   |
|---|---|---|
| IN RE: MATTHEW WASHINGTON | :<br>:<br>: | CASE NO. 1:19-mi-0011-AT<br>CASE NO. 1:19-mi-0012-AT<br>CASE NO. 1:19-mi-0013-AT |

## **ORDER**

The Court is in receipt of several documents from Matthew Washington, an inmate confined at the Augusta State Medical Prison in Grovetown, Georgia, that have been docketed by the Clerk as Notices of Filing. As these documents do not assert any claims against any particular individual or entity, they are not construed as proposed complaints. Instead, these documents are letters to the Court or other individuals. Accordingly, the Court directs the Clerk to **CLOSE** this miscellaneous action without creating a civil action and to remit future similar communications to the correspondence file.

**IT IS SO ORDERED** this 22nd day of January, 2019.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**