UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
**DISTRICT COURT EXECUTIVE**

AND **CLERK OF COURT**

DOCKETING SECTION

**404-215-1655**

January 25, 2019

Matthew Washington
390995 ASMP
3001 Gordon Hwy
Grovetown, GA   30813

Mr. Washington,

We are returning your Notice of Appeal document that we received on 1/23/19
because there was no case number for us to process your document. Upon returning
this document, please make sure that you include one or all of the case numbers that
you are intending to file this document so that we may file it in the correct case(s).

Sincerely,

James N. Hatten
District Court Executive
and Clerk of Court

By: P. McClam
Deputy Clerk

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB - 4 2019

JAMES N. HATTEN, Clerk
By:
O. Brannon Deputy Clerk

DEAR,
MR. CLERK:

Enclosures

NOTICE OF APPEAL

COMES NOW MATTHEW WASHINGTON AND
AND APPEALS SAID CASES ALL CASES I EVER
FILED IN YOUR COURT "dismissed without
PRED JUDISE" TO THE U.S. COURT OF APPEALS,
ELEVENTh CIRCUIT. THIS 29th dAY OF JAN. 2019
    Matthew Washington
MATTHEW WASHINGTON   PRO SE

Case 1:19-mi-00011-AT    Document 2    Filed 01/22/19    Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|                              |   |                              |
|------------------------------|---|------------------------------|
|                              | : | CASE NO. 1:19-mi-0011-AT     |
| IN RE: MATTHEW WASHINGTON    | : | CASE NO. 1:19-mi-0012-AT     |
|                              | : | CASE NO. 1:19-mi-0013-AT     |

## ORDER

The Court is in receipt of several documents from Matthew Washington, an inmate confined at the Augusta State Medical Prison in Grovetown, Georgia, that have been docketed by the Clerk as Notices of Filing. As these documents do not assert any claims against any particular individual or entity, they are not construed as proposed complaints. Instead, these documents are letters to the Court or other individuals. Accordingly, the Court directs the Clerk to **CLOSE** this miscellaneous action without creating a civil action and to remit future similar communications to the correspondence file.

**IT IS SO ORDERED** this 22nd day of January, 2019.

AMY TOTENBERG
UNITED STATES DISTRICT JUDGE

MR. MATHEW WASHINGTON
39095 ASMP
3001 GORDON HWY
GROVETOWN, GA 30813

DISTRICT COURT EXECUTIVE
THE HON. MR. JAMES N. HATTEN
2211 U.S. COURTHOUSE
75 TEDTURNER DRIVE, S.W.
ATLANTA, GA 30303