**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

| | |
|---|---|
| **JAMES N. HATTEN** | **DOCKETING SECTION** |
| CLERK OF COURT | |
| 404-215-1655 | |

February 6, 2019

**Matthew Washington**
#390995
Augusta State Medical Prison
3001 Gordon Hwy
Grovetown, GA 30813

    Re:    **Matthew Washington *v.* Judge Jeanine**
           Civil Action No.:   1:19-mi-0011-AT

Dear Mr. Washington:

    On February 4, 2019, we received and filed your Notice of Appeal for the above case.   Please be advised that we did not receive the following:

X    Appeal fee $505.00 (Docketing fee $500.00 and Filing fee $5.00)

X    or Application to proceed on appeal *in forma pauperis*.

_____    Please complete the attached appeal information sheet as directed.

                                    Sincerely,

                                    James N. Hatten
                                    District Court Executive and
                                    Clerk of Court


                           By:    /s/ Kimberly Carter
                                 Deputy Clerk

cc:    USCA