# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN  
DISTRICT COURT EXECUTIVE  
AND CLERK OF COURT

DOCKETING SECTION  
404-215-1655

February 6, 2019

Clerk of Court  
U.S. Court of Appeals, Eleventh Circuit  
56 Forsyth Street, N.W.  
Atlanta, Georgia    30303

    **U.S.D.C. No.:** 1:19-mi-0011-AT  
    **U.S.C.A. No.:** 00-00000-00  
    **In re:**    Matthew Washington v. Judge Jeanine

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| X | **Certified copies of the Notice of Appeal, Docket Sheet and Order appealed enclosed.** |
| | This is not the first notice of appeal.  Other notices were filed on: . |
| X | **There is no transcript.** |
| | The court reporter is . |
| | There is sealed material as described below: . |
| | Other: . |
| | Fee paid on . |
| | Appellant has been   leave to file *in forma pauperis*. |
| | This is a bankruptcy appeal.  The Bankruptcy Judge is . |
| | The Magistrate Judge is . |
| X | **The District Judge is Amy Totenberg.** |
| | This is a **DEATH PENALTY** appeal. |

          Sincerely,

          James N. Hatten  
          District Court Executive  
          and Clerk of Court

          By:   /s/ Kimberly Carter  
                Deputy Clerk

Enclosures